IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS A. GREENE, SR.,

      Plaintiff,                    No. CIV S-04-1217 DFL KJM P

      vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

      Defendants.              <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 17, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.[1]

/////

/////

---

[1] On June 2, 2005, plaintiff prematurely filed a notice of appeal and a motion to amend or alter judgment under Rule 59(e) of the Federal Rules of Civil Procedure.

1

1 | The court has reviewed the file and finds the findings and recommendations to be
2 | supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY
3 | ORDERED that:
4 |    1. The findings and recommendations filed May 17, 2005, are adopted in full; and
5 |    2. This action is dismissed without prejudice to plaintiff filing his state law
6 | claims in state court.
7 | DATED: 6/23/2005

                                  /s/ David F. Levi
                              UNITED STATES DISTRICT JUDGE

gree1217.800