IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS A. GREENE, SR.,

    Plaintiff,                              No. CIV S-04-1217 DFL KJM P

    vs.

CALIFORNIA DEPARTMENT OF,
CORRECTIONS,

    Defendants                        <u>ORDER</u>
_____/

On July 5, 2005, plaintiff filed a motion asking that judgment be vacated under Rule 59(e) of the Federal Rules of Civil Procedure.[1] Under Rule 59(e), a motion to vacate must be filed within ten days of the entry of judgment. Judgment was entered in this case on June 24, 2005. Accordingly, IT IS HEREBY ORDERED that plaintiff's July 5, 2005 motion to vacate is denied as untimely.

DATED: 11/11/2005

                                                DAVID F. LEVI
                                                Chief United States District Judge

---

[1] The court identifies the day a prisoner places a document in the mail for court filing as the day it was actually filed. <u>See</u> <u>Houston v. Lack</u>, 487 U.S. 266 (1988).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26